**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
BRECO EQUITIES, LLC,

                Plaintiff,

-against-                                              22 **CIVIL** 8683 (NRB)

## JUDGMENT

LAMOR WHITEHEAD AND WHITEHEAD ESTATES, LLC,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 11, 2023, plaintiff's motion for summary judgment is granted. Judgment is entered for plaintiff in the amount of $283,149.28. Interest on only the $250,000 unpaid principal should accrue at the rate of 8 percent per annum between September 16, 2022 and the date of this judgment, in the amount of $18,027.40. Post-judgment interest shall accrue at the contractual default rate of 25 percent per annum; accordingly, the case is closed.

**Dated:** New York, New York

       August 11, 2023

                                                               **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                            **BY:**          *K. Mango*

                                                                      **Deputy Clerk**